JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA COMMUNITIES AGAINST TOXICS, an unincorporated non-profit association,<br><br>Plaintiff,<br><br>vs.<br><br>CARLTON FORGE WORKS, a corporation,<br><br>Defendant. | Case No.  2:14-cv-07659-RGK (VBKx)<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL |

## [PROPOSED] ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Communities Against Toxics' claims against Defendant Carlton Forge Works, as set forth in the Notice and Complaint filed in Case No. 2:14-cv-7659-RGK (VBKx), are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 15, 2017, or through the conclusion of any proceeding to enforce the Settlement Agreement, for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   May 7, 2015          _____
                               Judge R. Gary Klausner
                               United States District Judge